IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY GALLAGHER,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00032-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Gregory Gallagher's Unopposed Motion for Continuance [Doc. 29]. On June 15, 2022, the Government obtained an indictment charging Defendant with Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). [Doc. 1]. Defendant entered a plea of not guilty on July 5, 2022. [Doc. 14].

Defendant seeks a continuance to allow his retained expert more time to complete a review of the evidence. [Doc. 29, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 29], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—June 19, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 13th day of March, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
