# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-32-CAR-CHW |
| GREGORY GALLAGHER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Gregory Gallagher's Unopposed Motion to Continue [Doc. 37] the pretrial conference scheduled for September 8, 2023, and the trial, which is set to begin on September 25, 2023, in Macon, Georgia. On June 15, 2022, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography. On July 5, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and detained pending trial.

In the Motion, Defense Counsel requests a continuance to provide Defendant's forensic expert additional time to finish his investigation of the evidence in this case. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a

miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 37] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the December 4, 2023, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 23rd day of August, 2023.

                                                s/ C. Ashley Royal_____
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT