IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-32-CAR-CHW |
| GREGORY GALLAGHER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Gregory Gallagher's Unopposed Motion to Continue [Doc. 42] the pretrial conference scheduled for January 10, 2024, and the trial, which is set to begin January 29, 2024, in Macon, Georgia. On June 15, 2022, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography. On July 5, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on an unsecured bond.

In the Motion, Defense Counsel represents additional time is required for Defendant's forensic expert to finish his investigation of the evidence in this case. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to review discovery and could result in a miscarriage of justice.

1

Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 42], and **HEREBY ORDERS** that this case be continued until the April 8, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 5th day of January, 2024.

                                                      s/ C. Ashley Royal_____
                                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT