IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:22-CR-32-CAR-CHW |
| GREGORY GALLAGHER, : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Gregory Gallagher's Unopposed Motion to Continue [Doc. 44] the pretrial conference scheduled for March 12, 2024, and the trial, which is set to begin April 8, 2024, in Macon, Georgia. On June 15, 2022, the Grand Jury returned an indictment charging Defendant with Possession of Child Pornography. On July 5, 2023, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on an unsecured bond. This case has previously been continued nine times.

In the Motion, Defense Counsel represents additional time is required for Defendant's forensic expert to finish his report. As discussed at the pretrial conference held on March 12, 2024, Defendant's expert will be finished with his report in time for both parties to review it before the trial. Thus, the Court **DENIES** Defendant's

1

Unopposed Motion to Continue [Doc. 44]. The trial of this case is set for April 8, 2024, and all pretrial motions are due by March 29, 2024.

**SO ORDERED,** this 12th day of March, 2024.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT